IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN LEE RICHES              :        CIVIL ACTION
                                 :
              v.                 :
                                 :
GEORGE W. BUSH, Individually     :
and in his Official Capacity as  :
President of the United States   :
of America, <u>et al</u>.__     :        NO. 06-1055
_____

                        O R D E R
_____

          **AND NOW**, this        day of April, 2006, because the

plaintiff, Jonathan Lee Riches, has failed to either pay the $250

filing fee to commence this civil action, or to file a motion to

proceed <u>in forma pauperis</u>,[1] the Clerk of Court is directed to

**CLOSE** this case statistically.[2]

                              BY THE COURT:



                              _____
                              /S/ LOUIS H. POLLAK, J.


_____

1.  A grant of <u>in forma pauperis</u> status authorizes the deduction
of filing fee payments from the plaintiff's prison account, as
the funds become available, until the full filing fee is paid.
<u>In forma pauperis</u> status does not relieve the plaintiff of the
legal requirement that he pay the filing fee.

2.  Because this complaint consists entirely of fanciful and
clearly baseless claims, it would be subject to dismissal as
factually frivolous pursuant to 28 U.S.C. § 1915(e) if the
plaintiff were to decide to pursue this civil action in this
Court.  <u>See</u> <u>Denton v. Hernandez</u>, 504 U.S. 25, 32-33 (1992).
Despite such dismissal, the plaintiff would not be entitled to a
refund of any portion of the aforementioned filing fee.