IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



CIVIL Action NO: 06-1055

Jonathan Lee, Riches©

V.

GEORGE W. BUSH, Individually
and in his official capacity as
President of the United States
of America, et al.

"NOTICE OF APPEAL"

"MOTION FOR JUDGE RECUSAL"

Comes Now the Plaintiff Jonathan Lee, Riches©, in pro-se, Filing an Appeal on Judge Louis H. Pollak, J. July 26, 2006 ruling closing Plaintiff's Civil Action. Plaintiff also moves this Honorable court in filing a Motion For Judge Louis H. Pollak, J. recusal under 28 U.S.C 455 (A) (B) "Financial Interest" and Numerous Conflicts of Interest. Plaintiff prays for relief in this Court Granting both Motions

1

On March 9th, 2006 Plaintiff filed a civil action against George W. Bush and numerous other Defendant's.

**2.**

On March 16th, 2006 Plaintiff fell into a deep trance, coma type state, and has been asleep all the way until July 16th, 2007, when Plaintiff has awoken. Plaintiff awoke at 8:32 am. Plaintiff accumulated tons of mail within those 16 months of being in a coma. Some of the mail was with this respected court regarding Plaintiff to file a Motion to proceed in Forma Pauperis. Plaintiff was in a deep trance sleep when originally recieving this Forma Pauperis, Since he medically could not respond, Judge Louis H. Pollak, J. showing Bias and having Conflicts of Interest and Financial Interests with Plaintiff, Closed Plaintiff's civil Action.

**3.**

Judge Louis H. Pollak, J. should of been recused from Hearing Plaintiffs civil action under 28 U.S.C. 455 (A) and (B) due to Financial Interests he has with Plaintiff's victims in his current criminal case. Judge Louis H. Pollak, J. and his family up to the 3rd degree have numerous stock ownership, friendships, financial dealings with Banks, Brokerage firms, Credit unions that were Plaintiffs criminal case victims. This conflict along with Judge Louis H. Pollak Knowing of Plaintiffs medical condition showed bias in ruling against Plaintiff.

Plaintiff wishes to Appeal Judge Louis H. Pollak, J. July 26th, 2006 ruling to the Appeals court. Plaintiff asks Judge Louis H. Pollack to recuse himself, and for the above mention reasons these Motions should be granted. Plaintiff wishes to Proceed to the Appeals court with Civil Action 0-6-1055

respectfully
submitted,

*Jonathan Lee, Riches* ©
Jonathan Lee, Riches.

Jonathan Lee Richles
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590

[ Due to Restrictions on Typewriters
This motions were Hand written ]