OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4943

www.ca3.uscourts.gov

July 27, 2007

NOTICE OF DOCKETING OF APPEAL

FILED
JUL 3 0 2007
MICHAEL E. KUNZ, Clerk
By _____
Dep. Clerk

Riches v. Bush

No(s): 06-cv-01055

(Honorable Louis H. Pollak)

An appeal by <u>Jonathan Lee Riches #40948-018</u> was filed in the above-captioned case on 7/26/07, and docketed in this Court on 7/27/07, at No. 07-3225.

Kindly use the Appeals Docket No. 07-3225 when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Marcia M. Waldron
Clerk

By: Pam Batts
Case Manager