UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN LEE RICHES, | CIVIL ACTION |
| Plaintiff, | No. 06-1055 |
| v. | |
| GEORGE W. BUSH, et al., | |
| Defendants. | |

MEMORANDUM/ORDER

July 30, 2007,

On July 20, 2007, plaintiff filed a combined Notice of Appeal and "Motion for Judge Recusal." *See* Docket No. 3. The court has examined the motion and finds that, although it paraphrases various grounds for recusal found in 28 U.S.C. §§ 455(a) and 455(b), the motion fails to allege any specific, factual basis for relief. Accordingly, it is hereby **ORDERED** that plaintiff's motion for recusal is **DENIED**.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.