UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-3225

Riches

vs.

Bush

Jonathan Lee Riches #40948-018, Appellant

(Eastern District of Pennsylvania Civil No. 06-cv-01055)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron
Clerk

FILED
SEP 2 8 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Date: September 28, 2007

cc:   Mr. Jonathan Lee Riches