UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
FB

Riches,           CASE NO: 2:06-CV-01055-LP
Daniel Anthony Weymouth, Movant
Patrick J. Simpson, Movant
Plaintiffs          FILED
V:          JUL 30 2010
Bush, et Al,
Defendants     MICHAEL E. KUNZ, Clerk
         By_____ Dep. Clerk

[Motion to Correct Clerical ERROR under Rule 60]

[Motion By Daniel Anthony Weymouth & Patrick J. Simpson to Intervene as Plaintiffs under Fed. R. Civ. P rule 24(A)$^2$, 24(B)]

Comes Now, The Plaintiff and Movants, Jonathan Lee Riches, Daniel Anthony Weymouth, Patrick J. Simpson Moves this honorable court in the following Motions.

Plaintiff, Jonathan Lee Riches, moves this honorable court to correct a clerical error in the Docketing of this Case. The clerk of court to forget to Docket the religious name of Jonathan Lee Riches which is Faisal Shahzad, Riches moves to correct the Error to include, Jonathan Lee Riches a/k/a Faisal Shahzad, this ERROR is Causing Plaintiff Riches Harm.

Movants, Patrick J. Simpson and Daniel Anthony Weymouth, move this honorable court to intervene in this Litigation with Newly discovered evidence under Fed. R. Civ. P. rule 24(A)$^2$ - as a unconditional matter of right.
Zuber v. Allen
Moves to intervene under Rule 24(B) - Permissive Intervention
Nevilles v. EEOC
Our intervention brings questions of laws and facts that

Are Common in this Action, we have Documents, exhibits, records, and Photographs related to this case, we support the claims of Jonathan Lee Riches.

Movants and Plaintiffs can be reached and contacted at the Below Addresses and Pray this court will grant their motions for relief.

respectfully,

*Patrick J. Simpson*
5-1-10

Patrick J. Simpson
#05095036
P.O. Box 14500
Lexington, KY 40512

*Jonathan Lee Riches*
7-22-10

Jonathan Lee Riches
#40948018
P.O. Box 14500
Lexington, KY 40512

*Daniel A. Weymouth*
5-1-10

Daniel Anthony Weymouth
P.O. Box 14500
Lexington, KY 40512