UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>      Plaintiff,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>      Defendants. | CIVIL ACTION<br><br>No. 06-1055 |

## **ORDER**

     AND NOW, this 18th day of August, 2010, it is hereby ORDERED that plaintiff's motion to correct a clerical error, as well as the motions to intervene as plaintiffs by Daniel Anthony Weymouth and Patrick J. Simpson, are dismissed as moot in light of this court's prior order directing the Clerk of Court to close this case statistically (Docket No. 2).

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.